# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-53778 |
| **Edward and Kelly Clear** | ) | Chapter 13 |
| | ) | Judge Marilyn Shea-Stonum |
| Debtors | ) | |
| | ) | **MOTION FOR TEMPORARY SUSPENSION OF CHAPTER 13 PLAN PAYMENTS** |
| | ) | |

      Now come the above-captioned debtors who pray for the entry of an Order allowing them a 30-day suspension in their Chapter 13 plan payments. The debtors would show that they have incurred some unexpected expenses due to medical issues. At the end of the 30-day suspension the debtors will resume payments to the trustee. However, in the meantime, the debtors will not have sufficient income to make their payments to the Chapter 13 Trustee and to continue to pay their regular monthly living expenses.

      The debtors, therefore, pray for the entry of an Order allowing them a 30-day suspension in their Chapter 13 plan payments after which time the debtors will resume making their regular payments to the Chapter 13 Trustee.

      Respectfully Submitted,

      /s/ Robert M. Whittington, Jr.

      _____
      Robert M. Whittington, Jr., 007851
      Elk, Elk & Whittington
      159 S. Main St., #1023
      Akron, OH 44308
      Voice Mail (330) 384 8484
      Fax (330) 384 8953
      E-Mail elkwhitt@neo.rr.com

## CERTIFICATE OF MAILING

A copy of the foregoing Motion for Temporary Suspension in Payments has been forwarded this 9th day of December, 2010, to the following:

Electronic Service to:

Keith L. Rucinski, Trustee
U.S. Trustee

Ordinary Mail to:

Mr. and Mrs. Edward Clear
191 Kenilworth
Akron, OH 44313

/s/ Robert M. Whittington, Jr.